**Cecilia Sarai GUZMAN GONZALEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–73185.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Sept. 29, 2010.

Cecilia Sarai Guzman Gonzalez, pro se.

Oil, Joanna L. Watson, Trial, Ernesto Horacio Molina, Jr., Esquire, Senior Liti-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

gation Counsel, DOJ–U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Cecilia Sarai Guzman Gonzalez, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

In her opening brief, Guzman Gonzalez fails to address, and thereby has waived any challenge to, the BIA's dispositive determination that she failed to establish the due diligence necessary to waive the 90-day filing deadline for motions to reopen. *See* 8 C.F.R. § 1003.2(c)(2); *Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996) (issues not specifically raised in an opening brief are deemed waived).

In light of our disposition, we do not reach Guzman Gonzalez's remaining contentions.

**PETITION FOR REVIEW DENIED.**

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.